

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00497-CV

David C. **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE,** Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

# O R D E R

Appellant appeals a judgment signed June 2, 2014. Appellant did not file a timely motion that would have extended the appellate timetable. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due July 2, 2014, or a motion for extension of time to file the notice of appeal was due fifteen days later on July 17, 2014. *See* TEX. R. APP. P. 26.1, 26.3. Appellant did not file a timely notice of appeal or a motion for extension of time to file the notice of appeal. However, on July 7, 2014, appellant filed a notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (Tex. 1997). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *see also Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

We therefore ordered appellant to file in this court a written response offering a reasonable explanation for failing to file the notice of appeal timely or establishing that the notice was timely filed. We advised that if appellant failed to satisfactorily respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). We also stayed all deadlines in this matter are suspended until further order of the court.

On November 12, 2014, appellant filed the requested response. We have reviewed the response and find the explanation provided by appellant for the untimely filing of the notice of appeal is reasonable. *See Verburgt*, 959 S.W.2d at 615. Accordingly, we **ORDER** the deadlines in this appeal reinstated. At the time of our *Verburgt* order, the clerk's record had been filed — there is no reporter's record. Thus, appellant's brief is now due. We **ORDER** appellant to file his brief in this court on or before December 18, 2014.

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court